**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **GUY SEMMLER #71067-018** | **CASE NO. 2:25-CV-01073 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ALLEN PATE** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies and that all pending motions be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on the 24th day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**